Case 07-02046-NLW    Doc 9    Filed 04/30/08    Entered 04/30/08 14:59:18    Desc Main
Document    Page 1 of 3

Order Filed on
4/30/2008
by Clerk U.S. Bankruptcy
Court District of New Jersey

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**MELLINGER, SANDERS & KARTZMAN, LLC**<br>101 Gibraltar Drive, Suite 2F<br>Morris Plains, New Jersey 07950<br>By: Steven P. Kartzman, Esq.<br>(973) 267-0220<br>*Attorneys for Plaintiff, Steven P. Kartzman, Trustee*<br><br>In Re:<br><br>**JAMES PEACE,**<br>                                              Debtor.<br><br>**STEVEN P. KARTZMAN, TRUSTEE,**<br>                                              Plaintiff,<br>v.<br><br>**CITIWIDE MORTGAGE CORP.,**<br>                                              Defendants. | Case No.: 05-37192 NLW<br><br>Adv. No.:   07-2046 NLW<br><br>Hearing Date:  N/A<br><br>Judge:  Honorable Novalyn L. Winfield |

**AMENDED JOINT PROPOSED ORDER SCHEDULING
PRETRIAL PROCEEDINGS AND TRIAL**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: 4/30/2008**

_____
Honorable Novalyn L. Winfield
United States Bankruptcy Judge

(Page 2)

**Debtor:** JAMES PEACE

**Case No.:** 05-37192 NLW

**Adv. No.:** 07-2046 NLW

**Caption of Order:** AMENDED JOINT PROPOSED ORDER SCHEDULING PRETRIAL PROCEEDINGS AND TRIAL

---

A pretrial conference having been scheduled pursuant to *Fed. R. Civ. P.* 16(b) and (e), made applicable to these proceedings by *Fed. R. Bankr. P.* 7016, it is hereby

ORDERED that:

1. The parties shall have until March 7, 2008, to propound discovery. The time to answer and/or produce shall be governed by the Federal Rules of Civil Procedure. Depositions shall be completed by May 30, 2008, and any motions to compel discovery are to be filed by June 6, 2008. Late filed discovery motions shall not constitute cause for adjournment of the scheduled trial date. All discovery is to be completed by July 11, 2008, unless extended by a subsequent Order.

2. All other motions shall be filed no later than August 8, 2008, and returnable within thirty days from the date of filing. Late filed motions shall not constitute cause for adjournment of the scheduled trial date.

3. _____ (Check if applicable) The parties agree to pursue mediation to attempt to resolve disputed matters. A separate mediation order selecting a mediator and providing for a mediation schedule shall be submitted within ten (10) days.

4. Plaintiff shall file a joint stipulation of all undisputed facts and all parties shall file and serve proposed findings of disputed facts, proposed conclusions of law, trial briefs if desired by the party, and binders with copies of pre-marked exhibits no later than **7 days before trial date**. The parties anticipate a trial of approximately **6 hours**.

5. All parties shall bring to the trial sufficient copies of their exhibit lists to provide two to the Court and one for each adversary. All parties shall also bring to trial a binder containing the originals of their respective exhibits.

6. Trial will commence on Sept. 24, 2008 at 10:00 AM o'clock or as soon thereafter as the matter may be heard, at:

> United States Bankruptcy Court
> Martin Luther King, Jr. Federal Building & Courthouse
> 50 Walnut Street, 3rd Floor
> Newark, New Jersey 07101-1352

*Approved by Judge Novalyn L. Winfield April 30, 2008*

(Page 3)

**Debtor:** JAMES PEACE

**Case No.:** 05-37192 NLW

**Adv. No.:** 07-2046 NLW

**Caption of Order:** AMENDED JOINT PROPOSED ORDER SCHEDULING PRETRIAL PROCEEDINGS AND TRIAL

---

**PARTIES MUST BE PREPARED TO PROCEED TO TRIAL ON THE SCHEDULED DATE, ADJOURNMENTS WILL BE GRANTED ONLY FOR COMPELLING REASONS BEYOND THE CONTROL OF THE PARTIES. ADJOURNMENT REQUESTS MUST BE RECEIVED NO LATER THAN THE THIRD BUSINESS DAY BEFORE THE SCHEDULED TRIAL DATE.**

*Approved by Judge Novalyn L. Winfield April 30, 2008*